KINGSLAND INVESTMENTS,
L.P., Respondent,

v.

STATE FARM FIRE & CASUALTY
COMPANY, Appellant.

No. ED 96679.

Missouri Court of Appeals,
Eastern District,
Division One.

March 27, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 2012.

Application for Transfer
Denied July 3, 2012.

Sam P. Rynearson, Heather J. Hays, Hopey A. Gardner, St. Louis, MO, for Appellant.

Ted F. Frapolli, St. Louis, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

The defendant, State Farm Fire & Casualty Company ("State Farm"), appeals

from the summary judgment entered by the Circuit Court of St. Louis County against it and in favor of the plaintiff, Kingsland Investments, L.P. ("Kingsland"), in Kingsland's action for equitable garnishment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).